IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: SCOTT LEE TINSLEY          CASE NO.: 02-60250-V2-13
       LACRESSA D. TINSLEY

|  |  |
|---|---|
| DEBTOR § § § § § | CHAPTER 13 |

## MOTION TO PAY FUNDS INTO THE COURT REGISTRY
## UNDER 11 U.S.C. §347 (a)

Pursuant to 11 U.S.C. § 347 (a), Daniel E. O'Connell, Standing Chapter 13 Trustee respectfully reports that:

_____   More than ninety (90) days has passed since the final distribution. Funds payable to the creditors listed on Exhibit "A" hereto remains unclaimed.

XXXX   More than ninety (90) days has passed since the final distribution. Funds payable to the debtor listed on Exhibit "A" hereto remains unclaimed.

Wherefore premises considered, Daniel E. O'Connell, Standing Chapter 13 respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date:   June 21, 2005

Respectfully submitted,

/s/ Daniel E. O'Connell
Daniel E. O'Connell, Trustee
1200 Highway 146 South STE 100
LaPorte, TX 77571-6121   (281) 471-1313

DEOC/jm

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Pay Funds into the Court Registry is not an "after notice and hearing" pleading and may be granted ex parte, and therefore was not served on any person.

A copy of this Motion was not served on the U.S. Attorney because 28 U.S.C. § 2042 applies only to withdrawal of funds from the Registry of the Court.


/s/ Joselyne Martinez
Joselyne Martinez
Administrative Assistant to
Daniel E. O'Connell, Trustee

## EXHIBIT "A"

IN RE:   SCOTT LEE TINSLEY          CASE NO.: 02-60250-V2-13
         LACRESSA D. TINSLEY

  X      UNCLAIMED FUNDS

CREDITOR:
SCOTT LEE and LACRESSA D. TINSLEY

3308 ALLENDALE ST
VICTORIA, TX 77901-7402

CLAIM NO.
999 / 8

AMOUNT
$700.00